# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. D. STAINER, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00890 LJO DLB PC<br><br>ORDER DISMISSING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND DOCKET TO CORRECT NAME OF DEFENDANTS<br>[ECF No. 12]<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT RECORDS<br>[ECF No. 13] |

　　　　Plaintiff is a state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

　　　　On June 11, 2014, Plaintiff filed his complaint. On July 9, 2014, he filed a motion to amend the complaint and docket to correct the names of certain Defendants. Plaintiff is advised that the Court has reviewed the docket and determined that it reflects the correct names as stated in his motion. Therefore, the motion is DENIED as moot.

　　　　On September 22, 2014, citing Fed. R. Civ. P. 34, Plaintiff filed a motion for production of documents directed at the Court with respect to court records. Plaintiff is advised that a request for production of documents can only be directed at a party or a third party, not the Court. Further, Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental

entity. 28 U.S.C. § 1915A(a). Here, discovery is not open at this time since the complaint has not yet been screened. Therefore, Plaintiff's request to open discovery is premature.

Accordingly, IT IS HEREBY ORDERED that:

1) Plaintiff's motion to amend the complaint is DENIED; and

2) Plaintiff's motion for production of documents is DENIED.

IT IS SO ORDERED.

Dated:   **January 21, 2015**            /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE